IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CRIMINAL NO.: 5:15cr57-RLV

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) CONSENT ORDER AND
v. ) JUDGMENT OF FORFEITURE
) PENDING RULE 32.2(c)(2)
WAYNE VINCENT WILSON, )
)
    Defendant. )

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 982, 21 U.S.C. § 853(p), and/or 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

**The real property at 1232 Shiloh Church Road, Hickory, North Carolina, more particularly described as Parcel 0004375, Alexander County, North Carolina, and identified in a North Carolina General Warranty Deed recorded on November 25, 2002 at Alexander County Register of Deeds Book 442, Page 1812.**

2. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein and/or substitute property and are therefore subject to forfeiture pursuant to 18 U.S.C. § 982, 21 U.S.C. § 853(p), and/or 28 U.S.C. § 2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and

43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

_____
BENJAMIN BAIN-CREED
Assistant United States Attorney

_____
WAYNE VINCENT WILSON
Defendant

_____
KENNETH BELL, ESQ.
ERIC MILLS, ESQ.
Attorneys for Defendant

Signed this the 2nd day of May, 2016.

_____
HON. RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE

By my signature herein, I, Elizabeth E. Wilson, proceeding *pro se*, hereby waive any and all interest that I have in the real property at 1232 Shiloh Church Road, Hickory, North Carolina, more particularly described herein, and further waive any right to file a petition pursuant to 21 U.S.C. § 853(n) asserting an interest in the property and to receive further notice of any future proceedings involving the property.

_____       5/2/16
ELIZABETH E. WILSON                  Date