# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:15-CR-00057-RLV-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| WAYNE VINCENT WILSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| IN RE: PETITION OF MARIA L. LEE and | ) |
| JOSEPH H. LEE. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. 33) Petitioner's Maria L. Lee and Joseph H. Lee's Third Party Claim Petition ("Claim Petition") (Doc. 24). In its Motion to Dismiss, the Government argues that the Claim Petition does not state what interest Maria L. Lee or Joseph H. Lee have in the property subject to forfeiture and that the Claim Petition does not satisfy 18 U.S.C. §§ 853(n)(6)(A) or (n)(6)(B). (*See* Doc. 33). Pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 1975), Claimants Maria L. Lee and Joseph H. Lee are advised that they may file a response to the Government's Motion to Dismiss, and that failure to do so may result in the Court granting the Government's Motion to Dismiss and issuing a final judgment of forfeiture.

**IT IS, THEREFORE, ORDERED** that Claimants Maria L. Lee and Joseph H. Lee shall have up to and including July 5, 2017, to file a response to the Government's Motion to Dismiss. Further, the Clerk is **DIRECTED** to include a copy of the Claim Petition (Doc. 24) and a copy of

1

the Government's Motion to Dismiss and attached documents (Docs. 33, 33-1, 33-2, 33-3, 33-4) with the mailing of this Order.

**SO ORDERED.**

Signed: June 20, 2017

Richard L. Voorhees
United States District Judge