# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:15-CR-57-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF CONTINUING** |
| ) | **GARNISHMENT** |
| WAYNE VINCENT WILSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ZOSO LOGISTICS INC., ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Order Of Continuing Garnishment" (Document No. 54) filed May 31, 2024.

Judgment in the criminal case was entered on May 2, 2016. (Document No. 21). As part of that Judgment, Defendant Wayne Vincent Wilson was ordered to pay an assessment of $200.00 and restitution of $210,260.66 to the victims of his crime. Id.

On November 22, 2023, the Court entered a Writ of Continuing Garnishment ("Writ") as to Garnishee, Zoso Logistics Inc. (Document No. 46). Defendant was served with the Writ and Instructions notifying him of his right to request a hearing and/or claim exemptions on November 27, 2023. (Document No. 48). Garnishee was served with the Writ and Instructions on November 27, 2023. Id. Garnishee filed an Answer on December 15, 2023, stating that at the time of service of the Writ, Garnishee had in its custody, control, or possession property or funds owned by

Defendant, including nonexempt, disposable earnings. (Document No. 49). Garnishee certified that it served the Answer on Defendant on December 5, 2023. Id.

Defendant filed a letter objecting to the Writ and requesting a transfer of the proceedings to the judicial district of his residence on December 15, 2023. (Document No. 51). The United States filed a "Response In Opposition To Defendant's Motion For Hearing And Transfer" on January 5, 2024. (Document No. 52). The Court denied Defendant's requests on May 29, 2024. (Document No. 53). Defendant did not object to the Answer of Garnishee.

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $133,321.27 computed through November 22, 2023. Garnishee shall pay the United States up to the lesser of:

1. twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or
2. the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

See 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to the United States is paid in full or until Garnishee no longer has custody, possession, or control of any property belonging to Defendant; or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> CLERK OF THE UNITED STATES DISTRICT COURT
> ATTN: FINANCE DEPARTMENT
> 401 WEST TRADE STREET
> CHARLOTTE, NORTH CAROLINA 28202

To ensure that each payment is credited properly, the following should be included on each check: Defendant's Name Wayne Vincent Wilson and Case Number DNCW5:15CR57.

**IT IS FURTHER ORDERED** that the Garnishee shall advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

**IT IS FURTHER ORDERED** that the United States shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: June 3, 2024

David C. Keesler
United States Magistrate Judge